# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| FATIME ABDEL-FAKHARA, *et al.,* individually and on behalf of a class of similarly situated persons,<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF VERMONT, *et al.,*<br><br>*Defendants.* | Civil Action No. 5:21-cv-198 |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

IT IS ORDERED AND ADJUDGED that pursuant to the court's Order (Document No. 45) filed September 6, 2022, defendants' Motion to Dismiss Plaintiffs' Complaint (Document No. 17) is GRANTED.  Count III against the State of Vermont is DISMISSED with prejudice because improved pleading will not change the outcome of a strictly legal ruling.  All other counts are DISMISSED without prejudice.

Date:  September 7, 2022                               *JEFFREY S. EATON*
                                                       *CLERK OF COURT*

JUDGMENT ENTERED ON
THE DOCKET:  9/7/2022                                  */s/ Pamela J. Lane*
                                                       *Deputy Clerk*